IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

EDWARD BURKHOLDER                                        PLAINTIFF

        V.                      Civil No. 14-5279

MERCY HOSPITAL ROGERS d/b/a
Mercy Hospital Northwest Arkansas,
et al.                                                   DEFENDANTS

## <u>O R D E R</u>

On November 23rd, 2015, the parties entered into a settlement agreement after participating in a settlement conference conducted by the undersigned. Accordingly, it is hereby ORDERED that the case be, and it is hereby, dismissed with prejudice, subject to the terms of the settlement agreement.

The Court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this court to enforce the settlement agreement specifically.

IT IS SO ORDERED this 24th day of November, 2015.


                                        /s/ *Erin L. Setser*
                                        HON. ERIN L. SETSER
                                        UNITED STATES MAGISTRATE JUDGE